```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2
      VERDESSA MCDOUGALD         *
 3                               *
                                 *
 4                               *
              Plaintiff          *
 5                               * Civil Action No.:
           v.                    *
 6                               * 1:17-cv-02898-SAG
      DETECTIVE MICHAEL          *
 7    SPINNATO, et al.           *
                                 *
 8                               *
                                 *
 9            Defendants         *

10                  * * * * * * * *

11

12            Pursuant to Notice, the deposition of

13   Tahesha Juanita White was taken on Monday, March

14   16, 2020, commencing at 9:59 a.m., at the law

15   offices of Schlachman, Belsky & Weiner, P.A.,

16   Schlachman, Belsky & Weiner, P.A., 300 East Lombard

17   Street, Suite 1100, Baltimore, Maryland 21202,

18   before Richard D. Baker, Jr., Notary Public.

19

20

21   Reported by:  Richard D. Baker, Jr.
```

Page 2

```
 1  APPEARANCES:
 2          ON BEHALF OF THE PLAINTIFF
            LATOYA FRANCIS-WILLIAMS, ESQUIRE
 3          Law Office of A. Dwight Pettit, P.A.
            3606 Liberty Heights Avenue
 4          Baltimore, Maryland 21201
 5          Telephone:  410-542-5400
            E-mail: latoya.f.williams@gmail.com
 6
 7
 8
            ON BEHALF OF THE DEFENDANTS
 9          CHAZ R. BALL, ESQUIRE
            Schlachman, Belsky & Weiner, P.A.
10          300 East Lombard Street, Site 1100
            Baltimore, Maryland 21202
11
            Telephone:  410-685-2022
12          E-mail:  Cball@sbwlaw.com
13
14
15
16
17
18
19
20
21
```

Page 3

```
 1                   INDEX               PAGE
 2  WITNESS:  Tahesha Juanita White
 3  EXAMINATION:  By Mr. Ball              4
 4                By Ms. Franics-Williams 43
 5                By Mr. Ball             45
```

Page 4

1  TAHESHA JUANITA WHITE,
2  called for examination, having been duly sworn to
3  tell the truth, the whole truth and nothing but the
4  truth, testified as follows:
5      EXAMINATION BY MR. BALL:
6  Q   Good morning, Ms. White.
7  A   Good morning.
8  Q   Can you please state your full name for
9  the record?
10 A   Tahesha Juanita White.
11 Q   What's your current address?
12 A   Do I have to give my current address?
13 Q   That's fine. My name is Chaz Ball, I'm
14 an attorney. This process is what's called a
15 deposition. Mr. Baker is trying to get everything
16 down as we go through it. So there's a few sort of
17 ground rules that I'll walk through, and it's just
18 so he is able to get everything down. In normal
19 conversation you might know the question I'm asking
20 before I finish it, I might know the answer you're
21 giving before you finish it, but we have to try not

Page 5

1  to talk over one another. Do you understand that?
2  A   Yes.
3  Q   In normal conversation, you know, we nod
4  our head, we shake our head or say uh-huh or
5  huh-uh, and that doesn't necessarily pick up well.
6  So try, if you remember, to answer verbally when
7  you can, okay?
8  A   Yes.
9  Q   Okay. If there's anything that you
10 don't remember, it's perfectly fine to say you
11 don't remember. If there is anything you don't
12 know, it's perfectly fine to say you don't know.
13 If I ask you a question and you answer the
14 question, my assumption is going to be that that's
15 something you do know or you do remember, okay?
16 A   Yes.
17 Q   Okay. And along with that, down the
18 road, this isn't going to be very long, but down
19 the road, if at some point you remember something
20 from earlier, fell free to interrupt me and say,
21 oh, yeah, I happen to remember his name or whatever

Page 6

1 happened, okay?
2   A   Yes.
3   Q   At any point if you need a break, we can
4 take a break. If you want a break, that's fine,
5 restroom, drink water, anything like that. Do you
6 want water, by the way?
7   A   No, thank you.
8   Q   And so this is what's called part of the
9 discovery process, so there are certain things that
10 in trial might not necessarily be admissible, but
11 because this is what's called discovery, we are
12 trying to get information, learn additional
13 information. There might be points at which
14 there's an objection, but you still have to answer
15 the question. So for example if there's something
16 in trial where I say tell me something that
17 somebody else said, that might be hearsay and
18 Ms. Francis-Williams might have an objection that
19 she puts on the record, but you would still have to
20 answer the question, okay?
21   A   Yes.

Page 7

1   Q   I want to go back-- are you okay?
2   A   I just hate re-living this. I'm ready.
3   Q   A long with that, I understand that, I
4 really do appreciate your coming in and talking to
5 me today. I want to get all of the information I
6 can to figure out where we are with it.
7       Let's -- one second. What's your
8 relationship with Ms. Verdessa McDougald?
9   A   I was engaged to her son, Tyree Woodson.
10   Q   Approximately when did you first meet
11 with Mr. Woodson?
12   A   I had been with Mr. Woodson for six
13 years before he got killed, six and a half years.
14   Q   Do you have any children together?
15   A   No.
16   Q   Did he have any other children?
17   A   No.
18   Q   Okay. What did Mr. Woodson do for a
19 living?
20   A   He was going to school. He was, he
21 basically, he just do errands or something.

Page 8

1 Basically used to just help me with high kids, my
2 two kids.
3   Q   How old are your children?
4   A   My oldest two kids, they are 18 and 16.
5 He was like a father figure to them. Their father
6 been dead for 16 years, 17 this year.
7   Q   Sorry to hear that. Where did
8 Mr. Woodson go to school?
9   A   I don't remember.
10   Q   Where did you go to school?
11   A   I don't remember what school he went to.
12 I think he got a GED if I'm not mistaken.
13   Q   How old was he when you two started
14 dating?
15   A   Probably around 34, 33, something like
16 that.
17   Q   Okay. And I guess in the course of your
18 relationship, with her being at some point almost
19 your soon to be mother-in-law, what was your
20 relationship with her? How often did you see
21 Ms. McDougald?

Page 9

1   A   Every day. We had a really good
2 relationship.
3   Q   Do you two still have a good
4 relationship?
5   A   Not really.
6   Q   Why is that?
7   A   Just a lot of stuff took place when I
8 lost Tyree or whatever. Just had a falling out, a
9 misunderstanding and she basically took things that
10 was from my fiance that I never recovered back, so
11 that's it. I never recovered that.
12   Q   So I want to like take you up to around
13 the period when Mr. Woodson died. Obviously at
14 some point before that there was an incident in
15 which he was shot; is that correct?
16   A   Yeah, we both were shot.
17   Q   That was my understanding of it. Can
18 you walk me through what happened with that?
19   A   We went to Franklin to the McDonald's to
20 go get some food for us and the kids and we pulled
21 up at my apartment on Highland and Franklintown

Page 10

1  Road.  So we, he parked the car, I lived in a
2  apartment, we to walk through the split.  It was
3  like a club on the right-hand side, Pearl's Place
4  was opened up, like music and everything.  We get
5  out the car.  I'm carrying the sodas, he carrying
6  the food.  Once he parked the car, we walked
7  through the split, I was this close to my apartment
8  complex when I heard gun shots.
9      Q    What do you mean by this close?
10     A    Like from my apartment, actually going
11 into my apartment complex before we were shot,
12 before I heard gunshots.  My back is facing the
13 street.  Once we walked through the split, I heard
14 gunshots.  Like I didn't even know I was shot.  I
15 got shot three times.  I had seen Tyree had blood
16 on his foot or whatever.  He had picked me up and
17 put me in the apartment complex and called for my
18 son, and my son, he called 911.  All I remember is
19 that I passed out three times before the ambulance
20 came and the third time that I passed out, I was in
21 Tyree arms, like just bleeding everywhere.  Like it

Page 11

1  was neighbors and stuff coming outside.  My kids
2  were coming out.  Actually he was on his way to put
3  me in his car before the ambulance pulled up to get
4  ready to take me to the hospital.  All I remember
5  is that I just woke up in the hospital hours later,
6  like under all of these lights.  He was on his way
7  there.  Well, he got there, he was in a wheelchair
8  and he had got shot in his foot.  Basically I was
9  in the hospital for a while until I got discharged
10 and I started staying at Ms. Verdessa house.
11     Q    Where were you shot?
12     A    I was shot in my back three times.
13     Q    What was the recovery process for you?
14     A    Well, when I was in the hospital, I had
15 a morphine tube that was sewed in my side.  I was
16 under medication.  I couldn't leave the hospital
17 bed until I got discharged from the hospital.
18     Q    And were you actually able to see the
19 person who shot at you?
20     A    I got shot in my back.
21     Q    Did you ever talk to Mr. Woodson about

Page 12

1  who shot you?
2      A    No.  I remember being at the hospital and
3  two officers came to the hospital.  Actually I was
4  asleep at first, but I heard like a whole
5  conversation going on in the hospital.  I just
6  remember opening my eyes up and Tyree was just
7  standing right there crying.  And the officers was
8  telling him that you need to let your fiance know
9  that we know who shot y'all, it was supposed to
10 have been your cousin and they know basically--
11 they was telling him that they know who shot us and
12 if we wanted to be protected, to go under
13 protective custody, that Tyree had to testify that
14 it was the guy they were saying that shot us.  But
15 we never seen the guy, so there was no point to go
16 to court to testify to say this is the guy that
17 shot us.
18     Q    Did you--
19     A    They came to the hospital more than one
20 time since I had been there.
21     Q    Who were those officers?

Page 13

1      A    I don't know their names offhand.  It
2  had been six years.
3      Q    Do you remember anything about what they
4  looked like?
5      A    I just know that they worked at
6  Southwest District.  Prior, before me meeting Mr.
7  Woodson, he used to always get harassed by three
8  officers from Southwest District.  Like pulled
9  over, get his money took, they would lock him up.
10 And then when I was at the hospital, I remember
11 being at the hospital and being harassed.  Since I
12 have been in the hospital, like I was the one who
13 pulled the trigger on someone, not being treated
14 like the victim.
15     Q    Do you know the names of the officers?
16     A    I don't know their names.  I just know I
17 seen them plenty of times.  I lived on Highland
18 Street, across from where Tyree used to be at.  So
19 I just know that a couple of times, since I have
20 been dating with him and prior before that, I got a
21 whiff of what they were doing.  His mother was

Page 14

1  letting me know that they had been harassing him
2  prior before me even dating him.
3      Q   And the cousin you are referring to, is
4  that Mr. McDougald?
5      A   Yes.
6      Q   Have you had any interactions with him
7  at all?
8      A   I mean I met him before, I have been
9  around him.  He was dating a girl that lived in an
10 apartment across from my house.  I used to help
11 feed their kids basically before, around the time
12 before when I started talking to Tyree Woodson.
13     Q   Once you started talking to Tyree, what
14 was his relationship with his cousin,
15 Mr. McDougald, like?
16     A   I mean family is family.  I mean when
17 there used to be holidays and stuff like that, we
18 all be around each other.  And like he used to help
19 feed him and like give him clothes and stuff like
20 that.  At first they had a good relationship.  And
21 then, I don't know, once Tyree got locked up, when

Page 15

1  he came home, I don't know, he was like he just
2  trying to get himself together.  He not really
3  trying to hang around people and stuff like that.
4  So he was basically staying home with me and my
5  kids, and like we would go and see his mother and
6  do little stuff like take the kids out and do stuff
7  like that.
8      Q   When approximately did Mr. Woodson get
9  locked up?
10     A   I don't remember the date or the year.
11 Which incident are you talking about, the incident
12 where he was killed, or the incident before?
13     Q   Before that.
14     A   I sent him to the market.  It was around
15 Christmas time.  I sent him to the market to get
16 some seasoning.  All I know is that people were
17 calling my phone saying that Tyree was in a high
18 speed chase with the police.  Like the police were
19 chasing behind his car down Westside Shopping
20 Center, like crashing into the car.  And I had got
21 a phone call that he was arrested and I had got him

Page 16

1  a lawyer.  Well, he had the lawyer and I basically
2  met-- his mother was just like meeting up with the
3  lawyer and like had the lawyer for real.  And then
4  he took it to trial.  And then I remember them
5  postponing the trial a couple times before he even
6  got into court for trial, and I would say the trial
7  probably went on for a couple of days and then he
8  was found not guilty.  When he was found not
9  guilty, his mother was like doing like a little
10 dance and was like praying and stuff when there was
11 like all of these officers sitting like outside of
12 the courtroom.  I remember one officer, when he
13 was-- when we was coming out, one officer was like
14 they going to get him one way or another.
15     Q   What is that officers name?
16     A   I don't know the officers by name.  I
17 never had an account with the officers for me to
18 even know their names.
19     Q   How long was he held from the arrest to
20 his actually, when he got off for the not guilty?
21     A   How long was he locked up before he got

Page 17

1  out?
2      Q   Yes.
3      A   I would say probably like almost a year.
4      Q   Where was he held during that time?
5      A   He was-- what jail was he in?
6      Q   Was it Jessup pretrial?
7      A   Huh-uh.  He was -- I don't remember, but
8  it wasn't Jessup or nothing like that.  He wasn't
9  shipped out.
10     Q   It was in the city?
11     A   Uh-huh.
12     Q   Was it the Baltimore Detention Center or
13 do you remember?
14     A   I don't remember what jail it was, but I
15 used to go visit him.  But, like I said, that was
16 six years.  I know when he was incarcerated, we had
17 got a phone call after he been locked up for a
18 couple of months, that he had got assaulted over
19 the jail where a CO had, where he was jumped by
20 nine or 10 guys.  They beat him up and stuff.
21     Q   Do you know anything about who that CO

Page 18

1  was?
2  　A　No.
3  　Q　Do you know anything about who the
4  people in the jail were?
5  　A　No.
6  　Q　While Mr. Woodson was in jail, did he
7  pick up any affiliation with the Black Gorilla
8  Family?
9  　A　No, not that I'm aware of.
10 　Q　Once he got out of jail, did he pick up
11 any affiliation with the Black Gorilla Family?
12 　A　No.  I wasn't aware of it if he did.
13 　Q　Were you ever aware of any affiliation
14 with Mr. McDougald, Mr. Woodson's cousin, with the
15 Black Gorilla Family?
16 　　　MS. FRANCIS-WILLIAMS:  Objection.
17 　A　I don't know about nothing like that.  I
18 don't know what his relationship is with the Black
19 Gorilla Family.
20 　Q　Prior to Mr. Woodson's death, like on
21 that day, when were you first made aware that he

Page 19

1  had been picked up by the police?
2  　A　Well, actually, I was in the house
3  asleep.  Ms. McDougald had came upstairs and woke
4  me up and she told me I had to get dressed because
5  it was police's, it was officers downstairs and
6  they was coming to search our home.  They had a
7  warrant.  By the time she helped me get dressed
8  because I was-- by the time she helped me get
9  dressed and I came downstairs--  well, can I go
10 back real quick?
11 　Q　Sure.
12 　A　So that morning before he left out, I
13 was asleep in the bed and he actually woke me up,
14 gave me a kiss on my forehead and was basically
15 telling me that he had an appointment, that he
16 would see me later when he come back.  So I would
17 say probably like 20 minutes after that, his mother
18 had came and woke me up and was like basically
19 telling me I had to get dressed because it was like
20 all of these officers downstairs, they had a search
21 warrant to search our premises.  So she helped me

Page 20

1  get dressed and I came downstairs and I sat on the
2  couch.  When I sat on the couch, I was just asking
3  her like where Tyree was at and she basically was
4  saying-- she was in the kitchen making coffee.  And
5  Tyree had left his reading glasses in the house, so
6  she basically was walking to the door to go tell
7  them she was leaving his glasses, and when she went
8  to the door, it was like all of these officers out
9  there and they was checking him and they had
10 knocked his little walker thing down that he was
11 walking with on the ground.  And she said they was
12 checking him and they put him in an armored car.
13 So by the time I got downstairs, he was already
14 gone.  I never seen him after that.
15 　Q　Let me step back for a moment.  You said
16 he had like a walker thing?
17 　A　Yeah.  So he had got shot in his foot.
18 He had like a little blue shoe on that got the toes
19 that come out, that snap over.  So he had like a
20 little walker thing that he was walking with.  At
21 first he was on crutches when he first got

Page 21

1  discharged, and then I guess when he went for his
2  little outpatient appointment, they had gave him
3  the little walker thing.
4  　Q　And did he have the same, it's like a--
5  you said it's like a, not a cast fully, but like--
6  　A　No, he had a shoe on, the blue shoe that
7  they put on your feet that have the two snaps on
8  there with the toes that hang out.  That's the shoe
9  that he had on when he got discharged from the
10 hospital and that's the shoe that he continued to
11 wear.  So I seen the shoe that they put on the
12 news.  That is not the shoe that he was wearing.
13 　Q　Okay.  That's different than the one
14 that you recall?
15 　A　Yes.
16 　Q　Does it go over his actual shoe--
17 　A　No.
18 　Q　-- or just--
19 　A　Basically he had his foot inside of the
20 shoe.  You could see his socks and his toes hanging
21 through the top part, and the other foot had a

Page 22

1 regular shoe on. So it was like one of those blue
2 little slippers, one of them blue shoes that you
3 snap over when you hurt your foot that they give
4 you at the hospital.
5    Q  What was Mr. Woodson's mood I guess from
6 the period that he and you were shot, to the, I
7 guess his last day, the day that he was taken away
8 that day?
9    A  Well, basically since I was in the
10 hospital-- and it's like at first when I got to the
11 hospital, when I was there, he was laying there, it
12 was like he just was like just upset more than
13 anything that that happened, that we got shot and
14 stuff. And then it didn't make it no better with
15 the police coming there every single day while he
16 was there. It was to the point where as though
17 they took my property. They took my property when
18 I had got shot, a couple of days after I got shot
19 from the University Shock Trauma. I was asking
20 them to get my property when I was getting
21 discharged from the hospital, and they told me that

Page 23

1 the officers had left, that they took my property
2 to Southwest District so that me and Tyree Woodson
3 can have a reason to have to come down there,
4 because they wanted to talk to him for questioning.
5    Q  What property did they take?
6    A  They took my engagement ring, my wedding
7 ring, my earrings, my necklace. I can't recall
8 what else they took.
9    Q  So that the bag of property that you had
10 when you were admitted?
11   A  Yeah. They took my clothes and all of
12 that type of stuff.
13   Q  So you said he was sort of upset about
14 being shot?
15   A  I wouldn't say he was upset. He was
16 just mad that we got shot basically and then just
17 basically couldn't believe that it happened. I
18 wouldn't say upset, was in disbelief that we got
19 shot. And then it just didn't make the situation
20 no better with the police coming to the hospital
21 every single day, harassing us like we shot

Page 24

1 somebody.
2    Q  Did Mr. Woodson ever talk about who he
3 thought might have shot you two?
4    A  Never.
5    Q  Did you ever talk about who you thought
6 might have shot you two?
7    A  No. I didn't think that it would be
8 like somebody that we knew that would shoot us.
9 Around that area where we live at, there's a lot of
10 shooting and stuff goes on around there. So I
11 didn't know nothing about nothing until the
12 officers came to the hospital and told me that it
13 was him who shot me.
14   Q  Did Mr. Woodson ever talk to
15 Mr.McDougald about it afterwards?
16   A  Never. He was at the hospital with me
17 every day. When he wasn't there, he might leave
18 for a couple minutes to take my kids and go get
19 food or go do something like that. Go pick them up
20 to bring them to the hospital to come see me and
21 drop them back off to where they were staying at.

Page 25

1 Other than that, he stayed at the hospital with me.
2    Q  Do you know if he ever talked to anyone
3 else, you know, about Mr. McDougald?
4    A  No, never.
5    Q  So going back to the day he passed away,
6 you said he left that morning and then the next
7 thing you know, Ms. McDougald is sort of waking you
8 up and saying, hey, the police are here, they're
9 searching the house?
10   A  She was like TT, because they call me
11 TT, she was like TT, come here baby, get up, we got
12 to get up and come down stairs, you got to get
13 dressed. So I am like what's going on, where Tyree
14 at? And she like it's a whole bunch of officers
15 downstairs with a search warrant, you have to get
16 dressed and come downstairs, you can't be up here
17 while they searching.
18      So basically she helped me put me stuff
19 on and I came downstairs and sat on the couch while
20 they came upstairs and did there search.
21   Q  Did Ms. McDougald tell you anything

Page 26

1  about what the police said when they picked up Mr.
2  Woodson?
3     A   All I know was that she was like they
4  had a search warrant, but then when me and her were
5  talking or whatever, she was like, when she read
6  the search warrant, it was basically saying that
7  they had a search warrant to come search her house
8  because he was supposed to have shot somebody.
9     Q   In terms of when Mr. Woodson left that
10 morning and the police were there, did she tell you
11 what, if anything, they said to him?
12    A   Basically she just said-- well, I told
13 you she was in the kitchen making coffee, and he
14 left his glasses in the kitchen, because I guess
15 they was in the kitchen talking like they do every
16 morning.  This is like a normal thing with them.
17 So like they drink coffee and we might have a
18 little conversation and eat breakfast, but they
19 drink coffee and do that, mother-son or whatever,
20 or I might be down there.  But she said she was
21 making him some coffee and he forgot the glasses,

Page 27

1  so she was going to the front to go tell him that
2  he left his glasses in there.  Basically the
3  officers was checking him at the car.  It wasn't a
4  police car, it was an unmarked car.  But when I had
5  like glanced out the door or whatever, when I came
6  downstairs like, I seen the officer was standing
7  right there with like khaki pants on.  By the time
8  I got downstairs, he was already gone.  So I don't
9  see what happened.
10    Q   Describe sort of what was happening
11 during the search of your house.
12    A   It's not my house.
13    Q   Is it Ms. McDougald's house?
14    A   Basically, uh-huh.  I was basically
15 sitting on the couch.  Basically they came in, they
16 were saying more stuff or whatever to her.  And I
17 think she got into a fuss with one of them or
18 something.  Basically it was like basically tearing
19 her whole upstairs up.  Basically were saying
20 something about they looking for a gun, this and
21 that, and that's it.  All I know is they were

Page 28

1  upstairs.  They was in there for a minute, they was
2  upstairs, and then they came downstairs and she was
3  asking them-- they was like they found some stuff,
4  and she was asking them what did they find.  They
5  wouldn't show her what they found.  And then the
6  next thing I know, they cleared up--  when they
7  went upstairs, they came downstairs, they never
8  identified what they had found upstairs or nothing.
9  All I know is they was like doing a whole bunch of
10 whispering.  The ones who was upstairs searching
11 was like pulling the other ones out on the porch,
12 and they basically were saying they found some
13 evidence and stuff in there, but they would not
14 disclose to us what they had found.  They never
15 showed-- they never said nothing to us about what
16 they found.
17    Q   And they left after that point?
18    A   Uh-huh, yes.
19    Q   At some point during this day-- so this
20 was basically the morning he leaves, pretty much
21 early morning when the police are in there doing

Page 29

1  the search, at some point does Mr. Woodson contact
2  you?
3     A   So I was downstairs basically crying,
4  just trying to think out what was going on. I am
5  just sitting right here, I have just been shot,
6  I'm under medication.  He is taking me to my
7  appointments.  He is helping me take care of my
8  kids.  At this point it's just everything rushing
9  through my head.  So when the phone had rung,
10 Ms. McDougald had answered the phone and I was
11 downstairs on the couch.  She basically was like
12 TT, Tyree wants you.  And I am like-- she comes
13 down, meets me at the steps or whatever, I get the
14 phone.  So I'm talking to him on the phone.  When I
15 looked at the phone, it was like, it was my cell
16 phone number.  I had the cell phone that was in my
17 name.  We both had cell phones.  So it popped up
18 with my name on the caller ID.  So I am like this
19 is weird, he locked up, why is he calling on his
20 cell phone?  So the whole time that I'm on the
21 phone talking to him, it's like, he was like hello,

Page 30

1  I was like hello, what's going on?  I am crying,
2  trying to figure out why they locked him up, what's
3  going on.  They had him down there for questioning,
4  they trying to say that he shot somebody.  Then I
5  hear a whole bunch of noise in the background, like
6  people was talking.  And then he was like-- there
7  was just like a whole bunch of yelling and stuff.
8  I heard probably about two or three other voices
9  besides Tyree voice that was in the room with him.
10 And I keep hearing him.  Just basically it's a
11 conversation going on on the other side of the
12 phone, and I am on the phone listening, it's him
13 talking.  He is talking back to the police's,
14 telling them that they wrong, he didn't do nothing,
15 here we go again, this type of stuff.  And then I
16 just keep hearing yelling and I am asking him what
17 am I supposed to do, what's going on?  So he was
18 like I'm going to call you when I get to Central
19 Booking's.  And then it's still like conversation
20 being talked to in the background.  And then the
21 next thing I know, Tyree's voice is just like--

Page 31

1  when I started crying and stuff, when I was talking
2  to him, it was like he was crying, and basically he
3  just was like here we go again.  They trying to say
4  that he shot somebody, he was crying, I was crying,
5  and then the next I know, I hear the officers or
6  whatever yelling in the background.  Then he was
7  telling me like if something happens to me, I just
8  want to let you know that I love y'all.  And then I
9  heard screaming again and then the phone hung up.
10     Q   So when you are talking to him, you're
11 under the emotion of having recently been shot, the
12 craziness of the house being searched, you are--
13     A   Just not knowing what was going on,
14 period.
15     Q   And so you are emotional and when you
16 talk to him, he starts to get emotional along with
17 you, sort of sympathy for you; is that right?
18         MS. FRANCIS-WILLIAMS:  Objection.
19     Q   You can answer.
20     A   Could you repeat that again?
21     Q   So you are emotional--

Page 32

1     A   It's like-- I'm sorry.
2     Q   Go ahead.
3     A   It's like at first when he was talking
4  on the phone, it was just like a regular
5  conversation, like any other time when he get
6  locked up.  At first I didn't like really hear--
7  like I heard people talking in the background, but
8  wasn't like screaming and shouting at first until
9  we started getting into the middle of the
10 conversation.  His voice was like I am going to
11 call you when I get to Central Booking's, like a
12 regular routine thing for when he is locked up.
13 So it didn't dawn on me to think nothing was
14 happening until he started crying and stuff and I
15 was crying, and then he was like I just want to let
16 you know if something happens to me, I want you to
17 know that I love y'all.  And then I heard yelling
18 again in the background and then the phone hung up.
19 I didn't speak with him no more since then.
20     Q   So he told you he was going to call you
21 once he got to Central Booking?

Page 33

1     A   Uh-huh, yes.
2     Q   You talked about the one case that he
3  had where he was locked up for a period of time.
4  Did he have any other cases that he dealt with
5  while you two were together?
6     A   Not that I know of.
7     Q   And you said he said something like
8  basically here we go again?
9     A   Yes.  It's history with Southwest
10 District officers and Tyree.  Not just Tyree, but
11 other people that he hung with also.
12     Q   The way you took it was he was going to
13 have to go through this process again?
14     A   Yes, sir, like a regular routine thing.
15 It didn't dawn on me to think that, oh, that would
16 be the last time I would talk to him.  So after we
17 got off the phone and stuff like that, the family
18 and stuff was calling on the phone, they said they
19 seen something on the news that somebody was
20 supposed to had got shot in the police station or
21 something like that.  His mother was in the

Page 34

1 bathroom when I answered the phone. So I get to
2 calling her in the room. They was asking me like
3 please tell me that's not Tyree. It's a guy with
4 Tyree same age that supposed to had got shot at the
5 police station. Keep in mind, I wasn't watching
6 the news. So it was all new to me. And then his
7 mother had came there, she cut the news on. Nobody
8 never came to his mother house to let us know that
9 that was Tyree. His mother went to the police
10 station and that's how they found out that it was
11 supposed to be him.
12    Q   At any point prior to the date of his
13 death, did Mr. Woodson express anything about fear
14 for his safety? I mean obviously you two were
15 shot.
16    A   If there's something like that going on,
17 he is the man, he not going to tell me if he afraid
18 of his safety or something like that. He just
19 wasn't acting like himself, like paranoid, like
20 thinking stuff was going-- just not himself, just
21 like looking over his shoulder every time we come

Page 35

1 out the door and stuff like that since we got shot.
2 The regular thing that somebody would go through
3 once they have been shot. Nothing out of the
4 ordinary.
5    Q   Do you know if he carried a firearm?
6    A   Never had a gun. Tyree lived with me.
7 His property and stuff was at my house. I would
8 know if he had a gun.
9    Q   While you were on the phone with him,
10 did he say anything about hurting himself?
11    A   Never. I want to just go on record by
12 saying that I have been with Tyree for six and a
13 half years. He don't have no type of mental
14 problems. There's no way in this world that he
15 would even think that, he would commit suicide or
16 do anything like that. When I was in the hospital,
17 he had the keys to my apartment. He was alone by
18 himself and my kids was not there. If he wanted to
19 commit suicide, why would he go to a police station
20 to do it?
21    Q   And knowing him for six years, talking

Page 36

1 to him in that phone call, there wasn't a feeling
2 that you had, even knowing him for that time, that
3 he was going to hurt himself?
4    A   Never. It never clicked in my mind.
5    Q   Was there anything about hearing his
6 voice or the way he was saying, not specifically
7 what he said, but the way he was saying what he
8 said, that made you, knowing him for six years,
9 believe that he was going to hurt himself?
10    A   Never, not once. Tyree, the type of
11 person that he was, he was a family oriented type
12 person. Like he was a stand-up type of guy. Like
13 everybody in the community loved him, his family
14 loved him, my family loved him, my friends loved
15 him. It's no way in the world that Tyree could
16 have killed himself in no police station. It's no
17 way in the world. And it's been six years, it took
18 six years for this to have to be coming up and I
19 just feel like he just another black man and people
20 can just get away with doing whatever they want to
21 do and just sweep stuff under the rug. Me and

Page 37

1 Tyree were engaged to get married that same year
2 he got killed. There is no way in the world he
3 would have committed suicide.
4    Q   Before his death, was there anything in
5 terms of any gang, not only the Black Gorilla
6 Family, any gang affiliation that he ever mentioned
7 to you?
8    A   No.
9    Q   Any concern with any gang affiliation?
10    A   No.
11    Q   Prior to you and Mr. Woodson being shot,
12 did he ever express a concern that somebody would
13 hurt him?
14    A   No.
15    Q   Obviously you've lived through it. Is
16 there anything you reviewed before today to help
17 you with--
18    A   I didn't have to. This is something
19 that traumatized me for over six years. My fiance
20 was ripped from me and tooken from me and my kids.
21 There is no way in the world I have to go over it.

Page 38
1  That stuck with me for six years.
2     Q    When you were on the phone with
3  Mr. Woodson, did it sound like it was a speaker
4  phone, or could you tell?
5     A    He sounded like he was on a regular
6  phone.  It was our phone.  You could tell the
7  difference, whether you are on a speaker or you are
8  just on a regular conversation.
9     Q    So it didn't sound like you were on a
10 speaker phone?
11    A    Huh-uh, no.  I just thought it was weird
12 because like all the time, any other time that
13 Tyree get locked up, it's like I get a phone call
14 from him from the jail.  I never got a chance to
15 talk to Tyree ever, not one time when he been
16 locked up-- when he first get locked up, I never,
17 ever talked to him on a cell phone.  Not ever.  I
18 just thought it was kind of weird that when I
19 looked at the caller ID, he called from the cell
20 phone, and he is in custody, and he is calling from
21 his cell phone.  It just didn't make sense to me.

Page 39
1     Q    About how many times had he been locked
2  up before, if you recall?
3     A    Well, since I have been with him, I
4  would say probably two or three times.
5     Q    And either of those cases were dropped
6  or he beat all of those cases?
7     A    Uh-huh, yes.
8     Q    Other than what you described of just
9  like his relationship with some of the officers at
10 Southwest District, was there any specific concern
11 he had, that he expressed to you about being
12 charged with anything?
13    A    Can you explain that again?
14    Q    You said generally he was being harassed
15 by officers at the Southwest District.  Other than
16 that, did he ever express like, hey, I'm afraid I'm
17 going to be charged with this crime or that crime
18 or whatever else?
19    A    I know when he was locked up, before he
20 had came home, before all of this stuff had
21 happened, he was saying that they was dragging him

Page 40
1  to court for somebody else's court that was
2  around-- when the boy got shot by our way, Tyree
3  was actually coming out the carryout store and he
4  knew the guy.  So he was like standing right there
5  with the guy until like the ambulance and stuff
6  came.  So he had the guy blood and stuff all over
7  him.  It was somebody that he hung out with.  And
8  they were basically trying to come, they was coming
9  to get him for court while he was locked up.  They
10 tried to take him to court for somebody else, that
11 had to do with that shooting, that he had nothing
12 to do with.
13    Q    Do you know if he testified in that
14 case?
15    A    I couldn't tell you, I don't know.
16    Q    Did he ever express being worried about
17 testifying in that case?
18    A    No, he never told me nothing about
19 testifying in it.  I know a couple of times, like
20 way before we even got shot, like the summertime we
21 would be outside, just standing outside, or we

Page 41
1  might be in a car riding somewhere, the police
2  would just pull him over.  One time, well, we
3  pulled you over because the taillight was knocked
4  out, and then the whole time there was nothing
5  wrong with his taillight.  And they would like take
6  money from him and stuff like that and don't lock
7  him up.  I done witnessed that a couple of times.
8     Q    What did Mr. Woodson do for a living?
9     A    What you mean, what did he do for a
10 living?  He went to school.  Other than that, he
11 didn't work.
12    Q    So did you basically support the
13 household or how did that go?
14    A    I worked for Peter Angelos's law firm
15 for six and a half years, so yeah.
16    Q    You said there was a breakdown between
17 you and Ms. McDougald, and sometimes that's just
18 how family's go, you know, after a death, just
19 splitting up assets and all of that.  What's your
20 relationship, other than I guess Ms. McDougald,
21 with the rest of Mr. Woodson's family?

Page 42

1   A   Well, I talk to his brother every single
2   day.  He still acknowledge me as his sister-in-law.
3   I talk to his other family members, just not his
4   mother.
5   Q   You said there were some issues with the
6   property.  What property was there after his death
7   that I guess-- what was that issue?
8   A   Well, basically we had a savings that
9   was at his grandmother house at the safe.  His
10  grandmother cleared the whole safe out.  She took
11  his wedding ring that I paid for.  She kept a lot
12  of things that were sentimental that I was not able
13  to recover.  Basically I was treated like I was
14  just a girlfriend, so.
15  Q   Is there anything that I haven't asked
16  that you think might be helpful towards-- you know,
17  anything that I haven't mentioned that you think
18  might be helpful towards me understanding exactly
19  what happened that day?
20  A   No, because I'm still trying to piece it
21  together to figure out what happened that day.  I

Page 43

1   just know that whatever happened, it was foul
2   play.  There is no way in the world possibly that
3   he would have killed himself, and I know that for a
4   fact.
5       MR. BALL:  I don't have anything
6   further.  Ms. Francis-Williams might have follow-up
7   questions.  I'm not sure.
8       MS. FRANCIS-WILLIAMS:  Just very
9   briefly.
10      EXAMINATION BY MS. FRANCIS-WILLIAMS:
11  Q   You testified on direct-- well, the
12  question was did Tyree ever express a concern that
13  someone would hurt him.  Then you also described an
14  incident after court when an officer made a
15  statement that we are going to get you or something
16  of that fact?
17  A   Yes.  So his mother was doing like,
18  saying her little prayer because she really into
19  church or whatever.  So basically we was keep
20  coming out to this trial every single day, and when
21  they found him not guilty, we was coming out the

Page 44

1   hallway, it was like three officers that were
2   seated outside of the courtroom, and basically they
3   face was just like disgust that he beat the case.
4   So she was doing a prayer saying thank you and I
5   was like not guilty, and the officer made a
6   comment.  It was like oh, we are going to get him
7   one way or another.  And they walked out the
8   courthouse.
9   Q   Do you know if Mr. Woodson took that as
10  a threat that somebody would get him or hurt him?
11  A   Yes.
12  Q   Now, you described knowing him a good
13  while before his passing?
14  A   Yes.
15  Q   Could you describe if there was a
16  distinction between his tone when you first got on
17  the phone the day that he passed, to when the
18  conversation closed?  Was there any change in his
19  tone?
20  A   Yeah.  Like I said, towards the middle
21  of the call, he was like crying and like, just like

Page 45

1   disturbed.  I could tell that it probably was
2   something going on.  But one thing about Tyree,
3   like when there is stuff going on like that, he try
4   to keep me from harm's way.  Like certain stuff he
5   not even going to discuss with me about.  But
6   certain things, like if he feels like it need to be
7   talked about, then we will talk about it.
8   Q   Would you describe the phone call ending
9   abruptly or suddenly?
10  A   Suddenly, like rushed off.
11      MS. FRANCIS-WILLIAMS:  No further
12  questions.
13      MR. BALL:  One follow-up from that.
14      EXAMINATION BY MR. BALL:
15  Q   When you say that he tries to hold
16  certain stuff, the typical idea of like a man being
17  the man, the sort of rock of a family, is that what
18  he was typically like?
19  A   Yes.
20      MR. BALL:  That is all I have.
21      MS. FRANCIS-WILLIAMS:  No further

Page 46

1  questions.
2       MR. BALL:  You have a right to-- there
3  is sort of two ways you can go about it.  You can
4  actually read the transcript and sign off on it, or
5  you can waive the reading of the transcript and
6  sign off on it.  If you read it, you have an
7  opportunity to go through and if there's something
8  that is not exactly what you said, you can correct
9  it.  Otherwise, you can say I think that he has
10 been taking everything down correctly and you can
11 waive that.  That's your choice.
12      THE WITNESS:  I would like to read it.
13      (Deposition concluded at 10:40 a.m.)

Page 47

1                CERTIFICATE OF DEPONENT

7       I hereby certify that I have read and
8  examined the aforegoing transcript, and the same is
9  a true and accurate record of the testimony given
10 by me.
11      Any additions or corrections that I feel
12 are necessary, I will attach on a separate piece of
13 paper to the original transcript.
15      _____
                Tahesha Juanita White

Page 48

1  STATE OF MARYLAND, COUNTY OF CARROLL:
2       I, Richard D. Baker, Jr., a Notary Public in
3  and for the State of Maryland, County of Carroll,
4  do hereby certify the within named Tahesha Juanita
5  White personally appeared before me at the time and
6  place herein set out and, after having been duly
7  sworn by me according to law, was interrogated by
8  counsel.
9       I further certify that the examination was
10 recorded stenographically by me and then
11 transcribed from my stenographic notes to the
12 within typewritten matter in a true and accurate
13 manner.  I further certify that the stipulations
14 contained herein were entered into by counsel in my
15 presence.  I further certify that I am not of
16 counsel to any of the parties, nor an employee of
17 counsel, nor related to any of the parties, nor in
18 any way interested in the outcome of this action.
19      AS WITNESS my hand and notarial seal this
   19th day of March, 2020, at Sykesville, Maryland.
20
           _____
21              Richard D. Baker, Jr., Notary Public

**1**

**10**  17:20
**10:40**  46:13
**16**  8:4,6
**17**  8:6
**18**  8:4

**2**

**20**  19:17

**3**

**33**  8:15
**34**  8:15

**9**

**911**  10:18

**A**

a--  21:4
a.m.  46:13
abruptly  45:9
account  16:17
acknowledge  42:2
acting  34:19
actual  21:16
additional  6:12
address  4:11,12
admissible  6:10
admitted  23:10
affiliation  18:7,11,13 37:6,9
afraid  34:17 39:16
age  34:4
ahead  32:2
ambulance  10:19 11:3 40:5
Angelos's  41:14
apartment  9:21 10:2,7,10,11,17 14:10 35:17
appointment  19:15 21:2
appointments  29:7
approximately  7:10 15:8
are--  31:12
area  24:9
armored  20:12
arms  10:21
around--  40:2
arrest  16:19
arrested  15:21
asleep  12:4 19:3,13
assaulted  17:18
assets  41:19
assumption  5:14
attorney  4:14
aware  18:9,12,13,21

**B**

baby  25:11
back  9:10 10:12 11:12,20 19:10,16 20:15 24:21 25:5 30:13
back--  7:1
background  30:5,20 31:6 32:7,18
bag  23:9
Baker  4:15
Ball  4:5,13 43:5 45:13,14,20 46:2
Baltimore  17:12
basically  7:21 8:1 9:9 11:8 14:11 15:4 16:1 19:14,18 20:3,6 21:19 22:9 23:16,17 25:18 26:6,12 27:2,14,15,18,19 28:12,20 29:3,11 30:10 31:2 33:8 40:8 41:12 42:8,13 43:19 44:2
basically--  12:10
bathroom  34:1
beat  17:20 39:6 44:3
bed  11:17 19:13
black  18:7,11,15,18 36:19 37:5
bleeding  10:21
blood  10:15 40:6
blue  20:18 21:6 22:1,2
Booking  32:21
Booking's  30:19 32:11
boy  40:2
break  6:3,4
breakdown  41:16
breakfast  26:18
briefly  43:9
bring  24:20
brother  42:1
bunch  25:14 28:9 30:5,7

**C**

call  15:21 17:17 25:10 30:18 32:11,20 36:1 38:13 44:21 45:8
called  4:2,14 6:8,11 10:17,18 38:19
caller  29:18 38:19
calling  15:17 29:19 33:18 34:2 38:20
car  10:1,5,6 11:3 15:19,20 20:12 27:3,4 41:1
care  29:7
carried  35:5
carrying  10:5
carryout  40:3
case  33:2 40:14,17 44:3
cases  33:4 39:5,6
cast  21:5
cell  29:15,16,17,20 38:17,19,21
Center  15:20 17:12
Central  30:18 32:11,21
chance  38:14
change  44:18
charged  39:12,17
chase  15:18
chasing  15:19
Chaz  4:13
checking  20:9,12 27:3
children  7:14,16 8:3
choice  46:11
Christmas  15:15
church  43:19
city  17:10
cleared  28:6 42:10
clicked  36:4
close  10:7,9
closed  44:18
clothes  14:19 23:11
club  10:3
coffee  20:4 26:13,17,19,21
comment  44:6
commit  35:15,19
committed  37:3
community  36:13

**complex** 10:8,11,17
**concern** 37:9,12 39:10 43:12
**concluded** 46:13
**contact** 29:1
**continued** 21:10
**conversation** 4:19 5:3 12:5 26:18 30:11,19 32:5,10 38:8 44:18
**correct** 9:15 46:8
**correctly** 46:10
**couch** 20:2 25:19 27:15 29:11
**couple** 13:19 16:5,7 17:18 22:18 24:18 40:19 41:7
**court** 12:16 16:6 40:1,9,10 43:14
**courthouse** 44:8
**courtroom** 16:12 44:2
**cousin** 12:10 14:3,14 18:14
**crashing** 15:20
**craziness** 31:12
**crime** 39:17
**crutches** 20:21
**crying** 12:7 29:3 30:1 31:1,2,4 32:14,15 44:21
**current** 4:11,12
**custody** 12:13 38:20
**cut** 34:7

**D**

**dance** 16:10
**date** 15:10 34:12
**dating** 8:14 13:20 14:2,9
**dawn** 32:13 33:15

**day** 9:1 18:21 22:7,8,15 23:21 24:17 25:5 42:2,19,21 43:20 44:17
**day--** 28:19
**days** 16:7 22:18
**dead** 8:6
**dealt** 33:4
**death** 18:20 34:13 37:4 41:18 42:6
**deposition** 4:15 46:13
**describe** 27:10 44:15 45:8
**Detention** 17:12
**died** 9:13
**difference** 38:7
**direct--** 43:11
**disbelief** 23:18
**discharged** 11:9,17 21:1,9 22:21
**disclose** 28:14
**discovery** 6:9,11
**discuss** 45:5
**disgust** 44:3
**distinction** 44:16
**District** 13:6,8 23:2 33:10 39:10,15
**disturbed** 45:1
**door** 20:6,8 27:5 35:1
**downstairs** 19:5,20 20:1,13 25:15,16,19 27:6,8 28:2,7 29:3,11
**downstairs--** 19:9
**dragging** 39:21
**dressed** 19:4,7,9,19 20:1 25:13,16
**drink** 6:5 26:17,19
**drop** 24:21

**dropped** 39:5
**duly** 4:2

**E**

**earlier** 5:20
**early** 28:21
**earrings** 23:7
**eat** 26:18
**else's** 40:1
**emotion** 31:11
**emotional** 31:15,16
**emotional--** 31:21
**ending** 45:8
**engaged** 7:9 37:1
**engagement** 23:6
**errands** 7:21
**evidence** 28:13
**examination** 4:2,5 43:10 45:14
**explain** 39:13
**express** 34:13 37:12 39:16 40:16 43:12
**expressed** 39:11
**eyes** 12:6

**F**

**face** 44:3
**facing** 10:12
**fact** 43:4,16
**falling** 9:8
**family** 14:16 18:8,11,15, 19 33:17 36:11,13,14 37:6 41:21 42:3 45:17
**family's** 41:18
**father** 8:5

**fear** 34:13
**feed** 14:11,19
**feel** 36:19
**feeling** 36:1
**feels** 45:6
**feet** 21:7
**fell** 5:20
**fiance** 9:10 12:8 37:19
**figure** 7:6 8:5 30:2 42:21
**find** 28:4
**fine** 4:13 5:10,12 6:4
**finish** 4:20,21
**firearm** 35:5
**firm** 41:14
**follow-up** 43:6 45:13
**food** 9:20 10:6 24:19
**foot** 10:16 11:8 20:17 21:19,21 22:3
**forehead** 19:14
**forgot** 26:21
**foul** 43:1
**found** 16:8 28:3,5,8,12, 14,16 34:10 43:21
**Francis-williams** 6:18 18:16 31:18 43:6,8,10 45:11,21
**Franklin** 9:19
**Franklintown** 9:21
**free** 5:20
**friends** 36:14
**front** 27:1
**full** 4:8
**fully** 21:5
**fuss** 27:17

**G**

gang 37:5,6,9
gave 19:14 21:2
GED 8:12
generally 39:14
get all 7:5
girl 14:9
girlfriend 42:14
give 4:12 14:19 22:3
giving 4:21
glanced 27:5
glasses 20:5,7 26:14,21 27:2
going-- 34:20
good 4:6,7 9:1,3 14:20 44:12
Gorilla 18:7,11,15,19 37:5
grandmother 42:9,10
ground 4:17 20:11
guess 8:17 21:1 22:5,7 26:14 41:20
guess-- 42:7
guilty 16:8,9,20 43:21 44:5
gun 10:8 27:20 35:6,8
gunshots 10:12,14
guy 12:14,15,16 34:3 36:12 40:4,5,6
guys 17:20

**H**

half 7:13 35:13 41:15
hallway 44:1
hang 15:3 21:8

hanging 21:20
happen 5:21
happened 6:1 9:18 22:13 23:17 27:9 39:21 42:19,21 43:1
happening 27:10 32:14
harassed 13:7,11 39:14
harassing 14:1 23:21
harm's 45:4
hate 7:2
head 5:4 29:9
hear 8:7 30:5 31:5
hear-- 32:6
heard 10:8,12,13 12:4 30:8 31:9 32:7,17
hearing 30:10,16 36:5
hearsay 6:17
held 16:19 17:4
helped 19:7,8,21 25:18
helpful 42:16,18
helping 29:7
hey 25:8 39:16
high 8:1 15:17
Highland 9:21 13:17
history 33:9
hold 45:15
holidays 14:17
home 15:1,4 19:6 39:20
hospital 11:4,5,9,14,16, 17 12:2,3,5,19 13:10,11, 12 21:10 22:4,11,21 23:20 24:12,16,20 25:1 35:16
hospital-- 22:10
hours 11:5
house 11:10 14:10 19:2 20:5 25:9 26:7 27:11,12, 13 31:12 34:8 35:7 42:9

household 41:13
huh-uh 5:5 17:7 38:11
hung 31:9 32:18 33:11 40:7
hurt 22:3 36:3,9 37:13 43:13 44:10
hurting 35:10

**I**

ID 29:18 38:19
idea 45:16
identified 28:8
incarcerated 17:16
incident 9:14 15:11,12 43:14
information 6:12,13 7:5
inside 21:19
interactions 14:6
interrupt 5:20
issue 42:7
issues 42:5

**J**

jail 17:5,14,19 18:4,6,10 38:14
Jessup 17:6,8
Juanita 4:1,10
jumped 17:19
just-- 21:18

**K**

keys 35:17
khaki 27:7
kids 8:1,2,4 9:20 11:1 14:11 15:5,6 24:18 29:8 35:18 37:20

killed 7:13 15:12 36:16 37:2 43:3
kind 38:18
kiss 19:14
kitchen 20:4 26:13,14,15
knew 24:8 40:4
knocked 20:10 41:3
knowing 31:13 35:21 36:2,8 44:12

**L**

law 41:14
lawyer 16:1,3
laying 22:11
learn 6:12
leave 11:16 24:17
leaves 28:20
leaving 20:7
left 19:12 20:5 23:1 25:6 26:9,14 27:2 28:17
letting 14:1
lights 11:6
like-- 21:5 29:12 30:6,21 32:1
listening 30:12
live 24:9
lived 10:1 13:17 14:9 35:6 37:15
living 7:19 41:8,10
lock 13:9 41:6
locked 14:21 15:9 16:21 17:17 29:19 30:2 32:6,12 33:3 38:13,16 39:1,19 40:9
long 5:18 7:3 16:19,21
looked 13:4 29:15 38:19
lost 9:8

lot 9:7 24:9 42:11
love 31:8 32:17
loved 36:13,14

### M

mad 23:16
made 18:21 36:8 43:14 44:5
make 22:14 23:19 38:21
making 20:4 26:13,21
man 34:17 36:19 45:16,17
market 15:14,15
married 37:1
Mcdonald's 9:19
Mcdougald 7:8 8:21 14:4,15 18:14 19:3 25:3,7, 21 29:10 41:17,20
Mcdougald's 27:13
medication 11:16 29:6
meet 7:10
meeting 13:6 16:2
meets 29:13
members 42:3
mental 35:13
mentioned 37:6 42:17
met 14:8
met-- 16:2
middle 32:9 44:20
mind 34:5 36:4
minute 28:1
minutes 19:17 24:18
mistaken 8:12
misunderstanding 9:9
moment 20:15
money 13:9 41:6

months 17:18
mood 22:5
morning 4:6,7 19:12 25:6 26:10,16 28:20,21
morphine 11:15
mother 13:21 15:5 16:2,9 19:17 33:21 34:7,8,9 42:4 43:17
mother-in-law 8:19
mother-son 26:19
Mr.mcdougald 24:15
music 10:4

### N

names 13:1,15,16 16:18
necessarily 5:5 6:10
necklace 23:7
neighbors 11:1
news 21:12 33:19 34:6,7
nod 5:3
noise 30:5
normal 4:18 5:3 26:16
number 29:16

### O

objection 6:14,18 18:16 31:18
offhand 13:1
officer 16:12,13 27:6 43:14 44:5
officers 12:3,7,21 13:8,15 16:11,15,16,17 19:5,20 20:8 23:1 24:12 25:14 27:3 31:5 33:10 39:9,15 44:1
oldest 8:4
opened 10:4

opening 12:6
opportunity 46:7
ordinary 35:4
oriented 36:11
outpatient 21:2

### P

paid 42:11
pants 27:7
paranoid 34:19
parked 10:1,6
part 6:8 21:21
passed 10:19,20 25:5 44:17
passing 44:13
Pearl's 10:3
people 15:3,16 18:4 30:6 32:7 33:11 36:19
perfectly 5:10,12
period 9:13 22:6 31:14 33:3
person 11:19 36:11,12
Peter 41:14
phone 15:17,21 17:17 29:9,10,14,15,16,20,21 30:12 31:9 32:4,18 33:17, 18 34:1 35:9 36:1 38:2,4, 6,10,13,17,20,21 44:17 45:8
phones 29:17
pick 5:5 18:7,10 24:19
picked 10:16 19:1 26:1
piece 42:20
place 9:7 10:3
play 43:2
plenty 13:17
point 5:19 6:3 8:18 9:14 12:15 22:16 28:17,19

29:1,8 34:12
points 6:13
police 15:18 19:1 22:15 23:20 25:8 26:1,10 27:4 28:21 33:20 34:5,9 35:19 36:16 41:1
police's 19:5 30:13
popped 29:17
porch 28:11
possibly 43:2
postponing 16:5
prayer 43:18 44:4
praying 16:10
premises 19:21
pretrial 17:6
pretty 28:20
prior 13:6,20 14:2 18:20 34:12 37:11
problems 35:14
process 4:14 6:9 11:13 33:13
property 22:17,20 23:1,5, 9 35:7 42:6
protected 12:12
protective 12:13
pull 41:2
pulled 9:20 11:3 13:8,13 41:3
pulling 28:11
put 10:17 11:2 20:12 21:7, 11 25:18
puts 6:19

### Q

question 4:19 5:13,14 6:15,20 43:12
questioning 23:4 30:3

questions 43:7 45:12 46:1
quick 19:10

**R**

re-living 7:2
read 26:5 46:4,6,12
reading 20:5 46:5
ready 7:2 11:4
real 16:3 19:10
reason 23:3
recall 21:14 23:7 39:2
recently 31:11
record 4:9 6:19 35:11
recover 42:13
recovered 9:10,11
recovery 11:13
referring 14:3
regular 22:1 32:4,12 33:14 35:2 38:5,8
relationship 7:8 8:18,20 9:2,4 14:14,20 18:18 39:9 41:20
remember 5:6,10,11,15, 19,21 8:9,11 10:18 11:4 12:2,6 13:3,10 15:10 16:4, 12 17:7,13,14
repeat 31:20
rest 41:21
restroom 6:5
reviewed 37:16
riding 41:1
right-hand 10:3
ring 23:6,7 42:11
ripped 37:20
road 5:18,19 10:1
rock 45:17

room 30:9 34:2
routine 32:12 33:14
rug 36:21
rules 4:17
rung 29:9
rushed 45:10
rushing 29:8

**S**

safe 42:9,10
safety 34:14,18
said-- 26:12
sat 20:1,2 25:19
savings 42:8
saying-- 20:4
school 7:20 8:8,10,11 41:10
screaming 31:9 32:8
search 19:6,20,21 25:15, 20 26:4,6,7 27:11 29:1
searched 31:12
searching 25:9,17 28:10
seasoning 15:16
seated 44:2
sense 38:21
sentimental 42:12
sewed 11:15
shake 5:4
shipped 17:9
Shock 22:19
shoe 20:18 21:6,8,10,11, 12,20 22:1
shoe-- 21:16
shoes 22:2
shoot 24:8

shooting 24:10 40:11
Shopping 15:19
shot 9:15,16 10:11,14,15 11:8,11,12,19,20 12:1,9, 11,14,17 20:17 22:6,13,18 23:14,16,19,21 24:3,6,13 26:8 29:5 30:4 31:4,11 33:20 34:4,15 35:1,3 37:11 40:2,20
shots 10:8
shoulder 34:21
shouting 32:8
show 28:5
showed-- 28:15
side 10:3 11:15 30:11
sign 46:4,6
single 22:15 23:21 42:1 43:20
sir 33:14
sister-in-law 42:2
sitting 16:11 27:15 29:5
situation 23:19
slippers 22:2
snap 20:19 22:3
snaps 21:7
socks 21:20
sodas 10:5
son 7:9 10:18
sort 4:16 23:13 25:7 27:10 31:17 45:17 46:3
sound 38:3,9
sounded 38:5
Southwest 13:6,8 23:2 33:9 39:10,15
speak 32:19
speaker 38:3,7,10
specific 39:10

specifically 36:6
speed 15:18
split 10:2,7,13
splitting 41:19
stairs 25:12
stand-up 36:12
standing 12:7 27:6 40:4, 21
started 8:13 11:10 14:12, 13 31:1 32:9,14
starts 31:16
state 4:8
statement 43:15
station 33:20 34:5,10 35:19 36:16
stayed 25:1
staying 11:10 15:4 24:21
step 20:15
steps 29:13
store 40:3
street 10:13 13:18
stuck 38:1
stuff 9:7 11:1 14:17,19 15:3,6 16:10 17:20 22:14 23:12 24:10 25:18 27:16 28:3,13 30:7,15 31:1 32:14 33:17,18 34:20 35:1,7 36:21 39:20 40:5,6 41:6 45:3,4,16
suddenly 45:9,10
suicide 35:15,19 37:3
summertime 40:20
support 41:12
supposed 12:9 26:8 30:17 33:20 34:4,11
sweep 36:21
sworn 4:2
sympathy 31:17

**T**

**Tahesha** 4:1,10
**taillight** 41:3,5
**taking** 29:6 46:10
**talk** 5:1 11:21 23:4 24:2,5, 14 31:16 33:16 38:15 42:1,3 45:7
**talked** 25:2 30:20 33:2 38:17 45:7
**talking** 7:4 14:12,13 15:11 26:5,15 29:14,21 30:6,13 31:1,10 32:3,7 35:21
**tearing** 27:18
**telling** 12:8,11 19:15,19 30:14 31:7
**terms** 26:9 37:5
**testified** 4:4 40:13 43:11
**testify** 12:13,16
**testifying** 40:17,19
**them--** 28:3
**thing** 20:10,16,20 21:3 25:7 26:16 28:6 30:21 32:12 33:14 35:2 45:2
**things** 6:9 9:9 42:12 45:6
**thinking** 34:20
**thought** 24:3,5 38:11,18
**threat** 44:10
**time** 10:20 12:20 14:11 15:15 17:4 19:7,8 20:13 27:7 29:20 32:5 33:3,16 34:21 36:2 38:12,15 41:2, 4
**times** 10:15,19 11:12 13:17,19 16:5 39:1,4 40:19 41:7
**to--** 46:2
**today** 7:5 37:16

**toes** 20:18 21:8,20
**told** 19:4 22:21 24:12 26:12 32:20 40:18
**tone** 44:16,19
**tooken** 37:20
**top** 21:21
**towards--** 42:16
**transcript** 46:4,5
**Trauma** 22:19
**traumatized** 37:19
**treated** 13:13 42:13
**trial** 6:10,16 16:4,5,6 43:20
**trigger** 13:13
**truth** 4:3,4
**TT** 25:10,11 29:12
**tube** 11:15
**type** 23:12 30:15 35:13 36:10,11,12
**typical** 45:16
**typically** 45:18
**Tyree** 7:9 9:8 10:15,21 12:6,13 13:18 14:12,13,21 15:17 20:3,5 23:2 25:13 29:12 30:9 33:10 34:3,4,9 35:6,12 36:10,15 37:1 38:13,15 40:2 43:12 45:2
**Tyree's** 30:21

**U**

**uh-huh** 5:4 17:11 27:14 28:18 33:1 39:7
**understand** 5:1 7:3
**understanding** 9:17 42:18
**University** 22:19
**unmarked** 27:4
**up--** 28:6 38:16

**upset** 22:12 23:13,15,18
**upstairs** 19:3 25:20 27:19 28:1,2,7,8,10

**V**

**verbally** 5:6
**Verdessa** 7:8 11:10
**victim** 13:14
**visit** 17:15
**voice** 30:9,21 32:10 36:6
**voices** 30:8

**W**

**waive** 46:5,11
**waking** 25:7
**walk** 4:17 9:18 10:2
**walked** 10:6,13 44:7
**walker** 20:10,16,20 21:3
**walking** 20:6,11,20
**wanted** 12:12 23:4 35:18
**warrant** 19:7,21 25:15 26:4,6,7
**was--** 16:13 17:5 19:8
**watching** 34:5
**water** 6:5,6
**ways** 46:3
**wear** 21:11
**wearing** 21:12
**wedding** 23:6 42:11
**weird** 29:19 38:11,18
**Westside** 15:19
**wheelchair** 11:7
**whiff** 13:21
**whispering** 28:10
**White** 4:1,6,10

**with--** 37:17
**witnessed** 41:7
**woke** 11:5 19:3,13,18
**Woodson** 7:9,11,12,18 8:8 9:13 11:21 13:7 14:12 15:8 18:6 23:2 24:2,14 26:2,9 29:1 34:13 37:11 38:3 41:8 44:9
**Woodson's** 18:14,20 22:5 41:21
**work** 41:11
**worked** 13:5 41:14
**world** 35:14 36:15,17 37:2,21 43:2
**worried** 40:16
**wrong** 30:14 41:5

**Y**

**y'all** 12:9 31:8 32:17
**year** 8:6 15:10 17:3 37:1
**years** 7:13 8:6 13:2 17:16 35:13,21 36:8,17,18 37:19 38:1 41:15
**yelling** 30:7,16 31:6 32:17
**you--** 12:18